## *September* Term, 1788.

(p. 356.)

The STATE *against* DANIEL TAYLOR, Junior.

*On* Habeas Corpus *for the bringing up a Negro Man named* Harry.

THE Habeas Corpus being returned, the Court proceeded to confider the fame, and Counfel both in favor of the Negro, and on behalf of the faid Daniel Taylor, Jun. being heard; *It is ordered*, that the faid Negro Man be difcharged from being a Slave, and that he ferve the faid Daniel Taylor, Jun. his Mafter as a Servant for the Space of Six Years, from the Firft Day of September inftant, and that from thenceforward he be entirely difcharged and free from Servitude.